UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Nicholas Nutter, *et al.*,

        Plaintiffs,

    v.

The Ohio State University,

        Defendant.

Civil Action 2:19-cv-2462

Judge Michael H. Watson

Chief Magistrate Judge Deavers

## ORDER

This case involves common questions of law and fact with related cases that have been consolidated in 2:18-cv-692. Pursuant to the Court's March 15, 2019 Order, ECF No. 69, 2:18-cv-692, the Court **CONSOLIDATES** this newly-filed case with the aforementioned cases during the pendency of mediation. *See* Fed. R. Civ. P. 42(a). During the period of consolidation, all filings shall be filed in Case No. 2:18-cv-692. Additionally, pursuant to the Court's May 24, 2019 Opinion and Order, The Ohio State University shall provide Plaintiffs' counsel an unredacted version of the Perkins Coie report for use during the Court-ordered mediation portion of this judicial proceeding. The Report shall be designated "Highly Confidential—Attorney's Eyes Only."

Finally, Plaintiffs' counsel is **DIRECTED** to contact Kathleen Bedree in Judge Barrett's chambers on or before June 14, 2019.

    **IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT