IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS NUTTER, et al. | ‖ | CASE NO.: 2:19-cv-02462-JLG-KAJ |
| Plaintiffs, | ‖ | |
| v. | ‖ | |
| THE OHIO STATE UNIVERSITY | ‖ | |
| Defendant. | ‖ | |

NOTICE OF APPEARANCE OF CO-COUNSEL

Now comes the undersigned and hereby gives his notice of appearance as co-counsel in the above-captioned matter on behalf of the Plaintiffs.

Respectfully submitted,

Rocky Ratliff (0089781)
Attorney for Plaintiffs
200 W. Center St.
Marion, OH 43302
Telephone: 740/383-6023
Facsimile: 740/383-2066
attorney.ratliff@gmail.com

CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing Plaintiffs' Notice of Appearance of Co-Counsel was served upon all parties via the Court's electronic filing notification system this 17th day of June, 2019.

Rocky Ratliff (0089781)
Attorney for Plaintiffs