# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS NUTTER, et al., | ) | Case No. 2:19-cv-02462 |
| | ) | |
| Plaintiffs, | ) | Judge Michael H. Watson |
| | ) | |
| v. | ) | Chief Magistrate Judge Elizabeth P. Deavers |
| | ) | |
| THE OHIO STATE UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Defendant The Ohio State University ("Ohio State") hereby gives notice of the withdrawal of Stephen E. Dutton as co-counsel for Ohio State in the above-captioned case. Attorneys Michael H. Carpenter, Timothy R. Bricker, and David J. Barthel will remain counsel for Ohio State.

Respectfully submitted,

/s/ Stephen E. Dutton
Stephen E. Dutton (0096064)

/s/ Michael H. Carpenter
Michael H. Carpenter (0015733) (Trial Attorney)
Timothy R. Bricker (0061872)
David J. Barthel (0079307)
CARPENTER LIPPS AND LELAND LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
E-mail: carpenter@carpenterlipps.com
bricker@carpenterlipps.com
barthel@carpenterlipps.com

Special Counsel for Defendant
The Ohio State University

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served this 28th day of August, 2020, by the Court's ECF filing system upon all counsel of record.

/s/ Michael H. Carpenter  
Trial Attorney for  
Defendant The Ohio State University