UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

```
BRIAN GARRETT, ET AL,          )
                               )
   PLAINTIFFS,                 )    CASE NO. 2:18-cv-692
                               )
         vs.                   )
                               )
THE OHIO STATE UNIVERSITY,     )
                               )
   DEFENDANT.                  )
_____)


STEVE SNYDER-HILL, ET AL,      )
                               )
   PLAINTIFFS,                 )    CASE NO. 2:18-cv-736
                               )
         vs.                   )
                               )
THE OHIO STATE UNIVERSITY,     )
                               )
   DEFENDANT.                  )
_____)


NICHOLAS NUTTER, ET AL,        )
                               )
   PLAINTIFFS,                 )    CASE NO. 2:19-cv-2462
                               )
         vs.                   )
                               )
THE OHIO STATE UNIVERSITY,     )
                               )
   DEFENDANT.                  )
_____)
```

```
ROCKY RATLIFF,              )
                            )
   PLAINTIFF,               )    CASE NO. 2:19-cv-4746
                            )
         vs.                )
                            )
THE OHIO STATE UNIVERSITY,  )
                            )
   DEFENDANT.               )
_____)


JOHN DOES 151-166, ET AL,   )
                            )
   PLAINTIFFS,              )    CASE NO. 2:20-cv-3817
                            )
         vs.                )
                            )
THE OHIO STATE UNIVERSITY,  )
                            )
   DEFENDANT.               )
_____)
```

   TRANSCRIPT OF TELEPHONIC STATUS CONFERENCE PROCEEDINGS
        BEFORE THE HONORABLE MICHAEL H. WATSON
           THURSDAY, MAY 13, 2021; 11:00 A.M.
                    COLUMBUS, OHIO

 NO APPEARANCES ENTERED.
                              - - -

  Proceedings recorded by mechanical stenography, transcript produced by computer.

                  LAHANA DUFOUR, RMR, CRR
               FEDERAL OFFICIAL COURT REPORTER
             85 MARCONI BOULEVARD, ROOM 121
                   COLUMBUS, OHIO 43215
                      614-719-3286

3

```
 1                      Thursday Morning Session
 2                           May 13, 2021
 3                              - - -
 4            THE COURT:  Good morning, everyone.  This is
 5   Judge Watson.  I have my court reporter with me.  If you'd like
 6   to speak, please state your name and who you represent before
 7   you speak.
 8            The purpose of the call is to follow up Ohio State's
 9   notice of intent to establish and now I believe they have
10   established an individual settlement program as per their
11   filing docket number 150 in the 736 case filed May 3rd of 2021.
12   After the notice was filed, some of the plaintiffs filed a
13   response.  I reviewed both.
14            Don't use the Court's docket for PR purposes.  Both
15   sides have been guilty of it from one time or another.  I don't
16   want to detract from the importance of the settlement program
17   that Ohio State has set up.  I think it's a good thing.
18            My understanding is it runs for 120 days.  So if it
19   began last Friday on May the 7th, then I would suggest that it
20   probably ends on September 7th.
21            The Court will be issuing its ruling on the pending
22   motions to dismiss no later than the end of September of 2021.
23   I understand that some of the plaintiffs would have preferred
24   an earlier decision on those motions but it's been my goal from
25   the outset to try to resolve as many of these claims as
```

```
 1   possible through settlement.  Any Plaintiff wishing to settle
 2   before that decision is issued should keep the end of September
 3   in mind and be guided accordingly.
 4          At this point, I don't see any need for oral argument on
 5   the pending motions to dismiss.  If that should change for any
 6   reason, I'll let you know.
 7          Is there anything else on behalf of counsel for the
 8   plaintiffs or for the defense?  Hearing none, I believe that
 9   will be all and I appreciate your attention to these matters
10   and I encourage settlement early and often, folks.  That will
11   be all.  Thanks.
12          (Proceedings concluded at 11:05 a.m.)
13                              - - -
14
15
16
17
18
19
20
21
22
23
24
25
```

5

1 C E R T I F I C A T E

3     I, Lahana DuFour, do hereby certify that the foregoing
4 is a true and correct transcript of the proceedings before the
5 Honorable Michael H. Watson, Judge, in the United States
6 District Court, Southern District of Ohio, Eastern Division, on
7 the date indicated, reported by me in shorthand and transcribed
8 by me or under my supervision.

    s/Lahana DuFour
    Lahana DuFour, RMR, CRR
    Official Federal Court Reporter
    May 28, 2021