IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

NICHOLAS NUTTER, et al.,
Plaintiffs,

v.

THE OHIO STATE UNIVERSITY,
Defendant.

Civil Case No. 2:19-cv-02462

## NOTICE OF APPEAL

Notice is hereby given that Eric Smith, Mark Coleman, William Knight, Jack Cahill, Scott Overholt, Elmer Long, Ryan Henry, Michael Glane, Christopher Perkins, Michael Caldwell, Tom Roehlig, Brian Roskovich, Rick Monge, Thomas Lisy, Anastacio Tito Vazquez, Jr., John MacDonald, Jr., Maroon Mondalek, Leo DiSabato, Peter Nathanson, Jeffrey Ladrow, Anthony Sentieri, and John Doe 1, John Doe 2, John Doe 3, John Doe 4, John Doe 5, John Doe 6, John Doe 7, John Doe 8, John Doe 9, John Doe 10, John Doe 11, John Doe 12, John Doe 13, John Doe 14, John Doe 15, John Doe 17, John Doe 18, and John Doe 19, in accordance with Fed. R. App. P. 3 and 4 (a)(1)(A) and Form 6CA-3, hereby appeal, by and through counsel, to the United States Court of Appeals for the Sixth Circuit from:

1. Opinion and Order Denying Plaintiff's Motion to Recuse (Doc. 52);

2. Opinion and Order Granting Defendant's Motion to Dismiss, Dismissing Plaintiff's Title IX claim with prejudice (Doc. 53);

3. Final Judgment;

All entered on September 22, 2021, in the above captioned case.

          Respectfully submitted,

          */s/ J.C. Ratliff*
          J.C. Ratliff (0027898)
          Rocky Ratliff (0089781)
          Attorneys for Plaintiff
          200 West Center Street
          Marion, OH 43302
          Telephone: (740) 383-6023
          Fax: (740) 383-2066
          attorney.ratliff@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed via the Court's ECF filing system and therefore service will be effectuated by the Court's electronic notification system upon all counsel or parties of record on this 21st day of October, 2021.

David John Barthel
    Barthel@carpenterlipps.com
Jennifer A. L. Battle
    Battle@carpenterlipps.com
Michael Hiram Carpenter
    Carpenter@carpenterlipps.com
Timothy R Bricker
    Bricker@carpenterlipps.com

Carpenter Lipps & Leland LLP
280 North High St.
Suite 1300
Columbus, OH 43215

    Respectfully submitted,

    */s/ J.C. Ratliff*
    J.C. Ratliff (0027898)
    Rocky Ratliff (0089781)
    Attorneys for Plaintiff
    200 West Center Street
    Marion, OH 43302
    Telephone: (740) 383-6023
    Fax:    (740) 383-2066
    attorney.ratliff@gmail.com