# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 25, 2021

Mr. J. C. Ratliff
Law Office
200 W. Center Street
Marion, OH 43302

          Re: Case No. 21-3982, *Nicholas Nutter, et al v. The Ohio State University*
              Originating Case No. 2:19-cv-02462

Dear Counsel,

   This appeal has been docketed as case number **21-3982** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **November 8, 2021**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

        Appellant:    Appearance of Counsel
                        Civil Appeal Statement of Parties & Issues
                        Disclosure of Corporate Affiliations
                        Application for Admission to 6th Circuit Bar (if applicable)

        Appellee:     Appearance of Counsel
                        Disclosure of Corporate Affiliations
                        Application for Admission to 6th Circuit Bar (if applicable)

    More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                                              Sincerely yours,

                                              s/Monica M. Page
                                              Case Manager
                                              Direct Dial No. 513-564-7021

cc:  Mr. Michael Hiram Carpenter

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 21-3982

NICHOLAS NUTTER, et al.

    Plaintiffs

and

ERIC SMITH; MARK COLEMAN; WILLIAM KNIGHT; JACK CAHILL; SCOTT OVERHOLT; ELMER LONG; RYAN HENRY; MICHAEL GLANE; CHRISTOPHER PERKINS; MICHAEL CALDWELL; THOMAS ROEHLIG; BRIAN ROSKOVICH; RICK MONGE; THOMAS LISY; ANASTACIO TITO VAZQUEZ, JR.; JOHN MACDONALD, JR.; MAROON MONDALEK; LEO DISABATO; PETER NATHANSON; JEFFREY LADROW; ANTHONY SENTIERI; JOHN DOE, 1-15, 17-19

    Plaintiffs - Appellants

v.

THE OHIO STATE UNIVERSITY

    Defendant - Appellee