# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| NICHOLAS NUTTER, et al., | Case No. 2:19-cv-02462-MHW-EPD[1] |
| Plaintiffs-Appellants, | Judge Michael H. Watson |
| v. | Chief Magistrate Judge Elizabeth P. Deavers |
| THE OHIO STATE UNIVERSITY, | |
| Defendant-Appellee. | |

## DEFENDANT-APPELLEE THE OHIO STATE UNIVERSITY'S REQUEST FOR TRANSCRIPTS

Pursuant to Fed. R. App. P. Rule 10(b)(3)(C) and 11(b)(1) and 6 Cir. R. 10(a)(1), and Defendant-Appellee The Ohio State University's Designation of Additional Transcripts for Appellate Record filed in the appeal of the above-captioned matter in the Sixth Circuit on November 22, 2021, Defendant-Appellee The Ohio State University hereby orders the transcripts listed below, if such transcripts are not already released as part of the public record in this case, so that the transcripts may be made part of the record on appeal. The transcripts were omitted from Plaintiffs-Appellants' transcript order filed in the Sixth Circuit on November 8, 2021.

1) Transcript of January 17, 2019 Status Conference Proceedings, Doc. 52 in *Garrett et al. v. The Ohio State University*, S.D. Ohio Case No. 2:18-cv-00692 (the "*Garrett* Action").[2]

2) Transcript of May 24, 2019 Telephonic Status Conference Proceedings, Doc. 91 in the *Garrett* Action.

---

[1] Plaintiffs filed a Notice of Appeal in this case on October 21, 2021 (Doc. 54), and the Sixth Circuit assigned it Case No. 21-3982 (Doc. 55).

[2] On June 13, 2019, the Court entered a Related Case Memorandum designating the above-captioned action as related to the *Garrett* Action. *See* Related Case Memorandum (Doc. 4). On June 13, 2019, the Court entered an Order consolidating the above-captioned action with the *Garrett* Action during the pendency of mediation. *See* Order (Doc. 5).

Respectfully submitted,

DAVID A. YOST
ATTORNEY GENERAL OF OHIO

By:    /s/ Michael H. Carpenter
Michael H. Carpenter (0015733) (Trial Attorney)
Timothy R. Bricker (0061872)
David J. Barthel (0079307)
CARPENTER LIPPS AND LELAND LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
Phone: (614) 365-4100
Fax: (614) 365-9145
E-mail: carpenter@carpenterlipps.com
       bricker@carpenterlipps.com
       barthel@carpenterlipps.com

Special Counsel for Defendant-Appellee
The Ohio State University

## **CERTIFICATE OF SERVICE**

I certify that on December 3, 2021, a copy of the foregoing was uploaded to the Court's CM/ECF system, which will serve notice and a copy of the filing via electronic mail upon counsel for plaintiffs-appellants, and was electronically mailed to Court Reporter Lahana DuFour at Lahana_DuFour@ohsd.uscourts.gov.

/s/ Michael H. Carpenter
Michael H. Carpenter

Trial Attorney for Defendant-Appellee
The Ohio State University